Robert L. HILL, Appellant,

v.

James D. PURKETT, Superintendent; Don Roper, Superintendent—FCC; Mark Stephens, Investigator—FCC; Mike Gann, Function Unit Manager—FCC; Michael Lundy, Adjustment Officer—FCC, Appellees.

No. 03–1903.

United States Court of Appeals, Eighth Circuit.

Submitted July 29, 2003.

Decided Aug. 1, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Missouri inmate Robert L. Hill appeals the district court's * preservice dismissal without prejudice of his civil action. Having carefully reviewed the record, we con-

---

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

clude dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.